John A. Vogt, Bar No. 198677
javogt@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN PLC, and TAPAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN, MARCUS JOHNSON, JANE DOE, MARC RUSSO, DELARA USKUP, and KELDA MCKINNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, and TAPAD, INC.,<br><br>Defendants. | Case No. 4:25-cv-00948-RFL<br><br>**STIPULATION TO SUBMIT CLAIMS AGAINST EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, AND TAPAD, INC. TO BINDING ARBITRATION AND STAY CASE** |

Plaintiffs ZHICHENG ZHEN, MARCUS JOHNSON, JANE DOE, MARC RUSSO, DELARA USKUP, and KELDA MCKINNEY, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, and TAPAD, INC. ("Defendants"), (collectively referred to as, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On or about January 29, 2025, Plaintiffs filed the present action in the United States District Court for the Northern District of California entitled: *Zhen, et al. v. Experian Data Corp.*, *et al.*, Case No. 4:25-cv-00948-RFL. (Dkt. No. 1).

2. Plaintiffs and Defendants met and conferred and jointly agree to arbitrate the merits of Plaintiffs' dispute against the Defendants in this action before the American Arbitration Association ("AAA") so long as an arbitrator determines that the dispute is arbitrable.

3. In agreeing to this stipulation, Plaintiffs are expressly reserving their right to challenge the arbitrability of their claims before the AAA.

4. If the claims are deemed arbitrable, the arbitration shall proceed under the AAA's Consumer Arbitration Rules.

5. Plaintiffs and Defendants also stipulate to stay the action between them in its entirety pending completion of the arbitration or a determination of non-arbitrability.

6. In furtherance of the stipulation to stay this action, the parties agree that Plaintiffs and Defendants' discovery obligations are suspended as between Plaintiffs and Defendants, pending completion of the arbitration or a determination of non-arbitrability.

Dated: March 12, 2025

JONES DAY

By: /s/ *John A. Vogt*
John A. Vogt

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN PLC, and TAPAD, INC.

Dated: March 12, 2025

BURSOR & FISHER, P.A.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Attorneys for Plaintiffs
ZHICHENG ZHEN, MARCUS JOHNSON, JANE DOE, MARC RUSSO, DELARA USKUP, and KELDA MCKINNEY

**ECF CERTIFICATION**

I, John A. Vogt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto. Executed this 10th day of March, 2025, at Irvine, California.

*/s/ John A. Vogt*
John A. Vogt