UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>EXPERIAN DATA CORPORATION, et al.,<br><br>            Defendants. | Case No.  25-cv-00948-RFL<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT CLAIMS TO ARBITRATION AND STAY CASE**<br><br>Re: Dkt. No. 14 |

The parties' joint stipulation to submit claims to arbitration and stay the case is granted. (Dkt. No. 14.)  All claims are stayed pending resolution of the arbitration under 9 U.S.C. § 3 or the arbitrator's determination that the claims are not subject to arbitration.  The parties shall file a joint report every 180 days to update the Court on the arbitration proceedings, starting from the date of this Order, and within 14 days of the arbitration proceedings' completion or termination.

**IT IS SO ORDERED.**

Dated: March 13, 2025

RITA F. LIN
United States District Judge

1