**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
       jwilner@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN, MARCUS JOHNSON, JANE DOE, MARC RUSSO, DILARA USKUP, and KELDA MCKINNEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,<br><br>              Defendants. | Case No. 3:25-cv-00948-RFL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Rita F. Lin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Zhicheng Zhen, Marcus Johnson, Jane Doe, Marc Russo, Dilara Uskup, and Kelda McKinney ("Plaintiffs") hereby voluntarily dismiss their claims, without prejudice, against Defendants Experian Data Corporation, Experian PLC, Experian Information Solutions, Inc., and TapAd, Inc.  Each party shall bear their own costs.

Dated: March 6, 2026                              Respectfully submitted,

                                                  **BURSOR & FISHER, P.A**.

                                                  By: */s/ Philip L. Fraietta*
                                                        Philip L. Fraietta

                                                  Philip L. Fraietta (State Bar No. 354768)
                                                  50 Main Street, Suite 475
                                                  White Plains, NY 10606
                                                  Telephone: (914) 874-0710
                                                  Facsimile:  (914) 206-3656
                                                  Email: pfraietta@bursor.com

                                                  **BURSOR & FISHER, P.A.**
                                                  Kaili C. Lynn (State Bar No. 334933)
                                                  Joshua R. Wilner (State Bar No. 353949)
                                                  1990 North California Blvd., 9th Floor
                                                  Walnut Creek, CA 94596
                                                  Telephone: (925) 300-4455
                                                  Facsimile: (925) 407-2700
                                                  E-mail: klynn@bursor.com
                                                          jwilner@bursor.com

                                                  *Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL                                                        1
CASE NO. 3:25-CV-00948-RFL